Robert N. Conrad, SBN 055093
robert@conradlawfirm.com
ROBERT NOLAN CONRAD,
A LAW CORPORATION
1901 Avenue of the Stars, #1100
Los Angeles, CA 90067
Phone (310) 557-2001
Fax:  (310) 557-2033

Attorneys for Defendant and Cross-Complainant WestEnd Software, Inc. and Defendant Zeljko Rakocevic

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNA

| | |
|---|---|
| DEPENDABLE SOLUTIONS, INC., A CALIFORNIA CORPORATION, DEPENDABLE RIGHTS, LTD., a United Kingdom private limited company, MARTIN MALYSZ,<br><br>Plaintiffs,<br><br>v.<br><br>ZELJKO RAKOCEVIC, an individual; WESTEND SOFTWARE, INC., a California corporation; DOES 1 through 20, Inclusive,<br><br>Defendants.<br>_____<br>WESTEND SOFTWARE, INC.,<br><br>Cross-complainant,<br><br>v.<br><br>MARTIN MALYSZ, DEPENDABLE SOLUTIONS, INC., A CALIFORNIA CORPORATION, DEPENDABLE RIGHTS, LTD., TIMOTHY MEDORA, THE MEDORA GROUP, INC., AND ROES 1-50,<br><br>Cross-defendants.<br>_____ | Case No.   2:15-cv-07481<br><br>**NOTICE OF REMOVAL OF ACTION UNDER**<br><br>**28 U.S.C. §§ 1338 and 1454**<br><br>**(INFRINGEMENT OF U.S. REGISTERED COPYRIGHT)** |

1

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant and Cross-complainant WESTEND SOFTWARE, INC. hereby removes to this Court the state court action described below.

1. On June 30, 2015, an action was commenced in the Superior Court of the State of California in and for the City of Los Angeles, County of Los Angeles, entitled *Dependable Solutions, Inc., etc., et al,* Plaintiffs, v. *Zeljko Rakocevic, an individual, et al.,* Defendants, as Case Number BC586632, hereto as Exhibit "A".

2. The first date upon which defendants WestEnd Software, Inc. and Zeljko Rakocevic received a copy of the summons and said complaint was on August 27, 2015, when their legal counsel was authorized to and did acknowledge acceptance of service of process on their behalf.  However, this notice of removal is not based on any of the allegations in the complaint, where no grounds for removal appear to be revealed on the face of the complaint, in which all causes of action appear to be based on California law.  A copy of the summons is attached hereto as Exhibit "B".

3. On September 15, 2015, Plaintiffs filed a motion to quash the service of all of the subpoenas duces tecum for business records that Defendant WestEnd Software, Inc. served on various companies, a conformed copy of which is attached hereto as Exhibit "C".

4. On September 22, 2015, Defendant and Cross-complainant WestEnd Software, Inc. ("WestEnd") filed its cross-complaint ("Cross-complaint") in the same State court action.

5. The Cross-complaint filed by WestEnd is a civil action over which this Court has original jurisdiction under *28 U.S.C. § 1338*, and is one which may be removed to this court by any party, including Cross-complainant WestEnd, pursuant to the provisions of *28 U.S.C. § 1454(b)(1)* in that it arises under 17

1 U.S.C. §§ 101, et seq. (U.S. Copyright Act). *Sleppin v. Thinkscan.com* E.D.N.Y. 2014, 55 F.Supp.3d 366, 378.

The First Cause of Action of the Cross-complaint seeks damages and an injunction by WestEnd for the infringement of its copyright registered with the U.S. Copyright Office against all cross-defendants. A copy of the Cross-complaint is attached hereto as Exhibit D. A copy of the summons issued on the Cross-complaint is attached hereto as Exhibit E. Cross-complainant WestEnd Software, Inc. also filed the following documents, which are attached as exhibits hereto, as designated:

(a) Cross-complainant Westend Software, Inc.'s Preliminary Designation of Trade Secrets - Exhibit "F"

(b) Cross-complainant Westend Software, Inc.'s Reservation of Right to Seek Punitive Damages – Exhibit "G"

6. All other defendants who have been served with the Summons and Complaint have joined in this Notice of Removal, as evidenced by the Joinder of defendant Zeljko Rakocevic, filed concurrently herewith.

DATED: September 24, 2015   ROBERT NOLAN CONRAD,
A LAW CORPORATION

By: /s/ Robert N. Conrad

Robert N. Conrad
Attorneys for Defendant and Cross-complainant WestEnd Software, Inc.