1  Jeffrey D. Wexler, State Bar No. 132256
   PILLSBURY WINTHROP SHAW PITTMAN LLP
2  725 South Figueroa Street, Suite 2800
   Los Angeles, CA 90017-5406
3  Telephone: (213) 488-7129
   Facsimile No.: (213) 629-1033
4  jeffrey.wexler@pillsburylaw.com

5  Attorneys for Plaintiffs and Counterdefendants
   Dependable Solutions, Inc., Dependable
6  Rights, Ltd., and Martin Malysz and
   Counterdefendants Timothy Medora and
7  The Medora Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEPENDABLE SOLUTIONS, INC., a California corporation; DEPENDABLE RIGHTS, LTD., a United Kingdom private limited company; and MARTIN MALYSZ, <br><br> Plaintiffs, <br> v. <br><br> ZELJKO RAKOCEVIC, an individual; WESTEND SOFTWARE, INC., a California corporation, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No. CV 15-7481 JFW (KSx) <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS BETWEEN (1) DEFENDANT AND COUNTERCLAIMANT WESTEND SOFTWARE, INC. AND (2) COUNTERDEFENDANTS TIMOTHY MEDORA AND THE MEDORA GROUP, INC.** |

4834-1613-3677.v1

Plaintiffs and Counterdefendants Dependable Solutions, Inc., Dependable Rights, Ltd., and Martin Malysz, Defendant and Counterclaimant WestEnd Software, Inc. ("WestEnd"), Defendant Zeljko Rakocevic, and Counterdefendants Timothy Medora and The Medora Group, Inc. (collectively, the "Medora Parties") stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of all claims asserted in this case as between WestEnd and the Medora Parties.

The parties have agreed that WestEnd and the Medora Parties will bear its own attorneys' fees, costs, and expenses vis-à-vis the other.

Dated: March 17, 2016

PILLSBURY WINTHROP SHAW PITTMAN LLP
Jeffrey D. Wexler

By: /s/ Jeffrey D. Wexler
Jeffrey D. Wexler, Attorneys for Plaintiffs and Counterdefendants Dependable Solutions, Inc., Dependable Rights, Ltd. and Martin Malysz and Counterdefendants The Medora Group, Inc. and Timothy Medora

Dated: March 17, 2016

THE MALONEY FIRM, APC
Patrick M. Maloney
Gene Williams

By: /s/ Gene Williams
Gene Williams, Attorneys for Defendant and Counterclaimant WestEnd Software, Inc. and Defendant Zeljko Rakocevic

1

4834-1613-3677.v1

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual and Rule 5-4.3.4(a)(2) of the Local Rules of the United States District Court for the Central District of California, I hereby certify that the content of this document is acceptable to Jeffrey D. Wexler, counsel for Plaintiffs and Counterdefendants Dependable Solutions, Inc., Dependable Rights, Ltd., and Martin Malysz, and Counterdefendants Timothy Medora and The Medora Group, Inc., and that I have obtained his authorization to affix his electronic signature to this document.

Dated: March 17, 2016

                              THE MALONEY FIRM, APC
                              Patrick M. Maloney
                              Gene Williams

                              By:   /s/ Gene Williams
                                      Gene Williams, Attorneys for Defendant and Counterclaimant WestEnd Software, Inc. and Defendant Zeljko Rakocevic

2

4834-1613-3677.v1